

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

Case:2:15-mj-30496
Judge: Unassigned,
Filed: 10-21-2015 At 11:21 AM
USA V DARREN PETSAS (REM)(CMC)

v.

Case No. 15-30496
Originating No. 12-10151

**DARREN PETSAS,**

    Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DARREN PETSAS** to answer to charges pending in another federal district, and states:

    1. On **October 21, 2015,** defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Central District of Illinois based on an Indictment**. Defendant is charged in that district with violations of **18 U.S.C. Section 2422(b) – Enticement of a Minor to Engage in Sexual Activity and Attempt Enticement of a Minor to Engage in Sexual Activity.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

BARBARA MCQUADE
United States Attorney

MICHAEL BULLOTTA
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 21, 2015